# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127440-1(28)

LISA SMITH, as Next Friend of EMILY SMITH,
a minor, et al,
        Plaintiffs-Appellees,

v

CAPTAIN RANDALL VANLANDINGHAM,
and CAPTAIN KAREN VANLANDINGHAM,
        Defendants-Appellees,
and

THE SALVATION ARMY,
        Defendant-Appellant.

SC: 127440
COA: 255488
Shiawassee CC: 02-007944-NI

_____

HOLLY RAMOS, as Next Friend of TAYLOR
RAMOS, a minor,
        Plaintiff-Appellee,

v

CAPTAIN RANDALL VANLANDINGHAM,
and CAPTAIN KAREN VANLANDINGHAM,
        Defendants-Appellees,
and

THE SALVATION ARMY,
        Defendant-Appellant.

SC: 127441
COA: 258006
Shiawassee CC: 03-009235-NO

_____

On order of the Chief Justice, the motion by plaintiffs-appellees for extension to August 9, 2006 of the time for filing their supplemental briefs is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2006

_____
Clerk